GRANGER & COMPANY and Others, Respondents, v. CHARLES W. FINK and Others, Appellants.— Appeal dismissed unless appellants shall file and

serve printed papers and briefs by July first and pay to respondents' attorney ten dollars.